UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>TATYANA ZAGREBELNY,<br><br>Debtor. | CASE NO. C17-1504JLR<br><br>Bankruptcy No. WW-17-1180<br><br>ORDER CLOSING MATTER |
| TATYANA ZAGREBELNY,<br><br>Appellant,<br><br>v.<br><br>EASTSIDE FUNDING, LLC, et al.,<br><br>Appellees. | |

This matter relates to Debtor Tatyana Zagrebelny's bankruptcy appeal. Ms. Zagrebelny filed an application to proceed *in forma pauperis* ("IFP") in her appeal. (*See* IFP App. (Dkt. # 1-1).) Because the Bankruptcy Appellate Panel ("BAP") of the Ninth Circuit Court of Appeals has no authority to grant IFP motions, *see In re Perroton*, 958 F.2d 889, 896 (9th Cir. 1992), the BAP transferred Ms. Zagrebelny's application to the

ORDER - 1

district court (10/5/17 Order (Dkt. # 1) at 1-2).

Since then, the BAP has dismissed Ms. Zagrebelny's appeal because she failed to file the opening brief by the set deadline. *See Zagrebelny v. Eastside Funding, LLC, et al.*, BAP No. WW-17-1180 (9th Cir. BAP), Dkt. # 52 ("Order of Dismissal") at 1. The BAP's dismissal of Ms. Zagrebelny's appeal renders her IFP application moot. Accordingly, the court DIRECTS the Clerk to close this matter.

Dated this 16th day of May, 2018.

JAMES L. ROBART
United States District Judge